## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAMIEN T. DENNIS, | 3:10-cv-00591-ECR-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | May 24, 2012 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>     KATIE OGDEN     </u>   REPORTER: <u> NONE APPEARING      </u>

COUNSEL FOR PLAINTIFF(S): <u> NONE APPEARING                       </u>

COUNSEL FOR DEFENDANT(S): <u> NONE APPEARING                      </u>

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is defendants' Motion for Clarification (Doc. #54).  Therein defendants request clarification whether all other deadlines set forth in the Scheduling Order (Doc. #49) are similarly extended in view of the extension of the discovery deadline noted in this court's Minute Order (Doc. #53).

     Good cause appearing, defendants' Motion for Clarification (Doc. #54) is **GRANTED**.

     The deadlines for amendments to pleadings and joining additional parties has already passed.  The deadline to file and serve discovery motions is extended **to and including July 31, 2012.** The Scheduling Order (Doc. #49) specifically ties the deadlines for filing motions for summary judgment and the joint pretrial order to the discovery deadline.  Therefore, no adjustment of those deadlines is necessary.  No other deadlines contained in the Scheduling Order (Doc. #49) are otherwise affected.

**IT IS SO ORDERED.**

                                                      LANCE S. WILSON, CLERK

                                                      By:     /s/                                              
                                                             Deputy Clerk