UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAMIEN T. DENNIS,

    Plaintiff,

vs.

STATE OF NEVADA, *et al.,*

    Defendants.

Case No.:   3:10-CV-00591-RCJ-WGC

**MINUTE ORDER**
October 9, 2014

**MINUTE ORDER IN CHAMBERS**

    IT IS HEREBY ORDERED that Defendants' Motion in Limine Nos. 1 thru 8 (#112) is GRANTED IN PART and DENIED IN PART. Plaintiff may note that he is not an attorney but may not solicit sympathy from the jury. Plaintiff may not discuss settlement offers as to the present case or other cases. Plaintiff must testify in question-and-answer format. Plaintiff may not adduce testimony as to other wrongs or acts by Defendants unless an exception applies under Rules 404(b) or 406, and the Court will consider the admission of such evidence out of the presence of the jury at trial. Plaintiff may not adduce testimony concerning the timeliness of medical attention or the competence of medical assistance, except as relevant to proving damages for the excessive force. Plaintiff may testify as to long-term injury within his perception as a lay witness but may not testify as to causation of long-term injuries for which expert testimony would be required.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Order Re Witnesses' Addresses (#117) is GRANTED. As ordered at the September 29, 2014 hearing, counsel for Defendants have provided the last known addressed for James Minnix, Michael Cardinal, and Benjamin Kelly *in camera* and have indicated that no address can be found for Jessica Bolan.

    IT IS FURTHER ORDERED that the Motion to Continue Trial (#119) is DENIED.

IT IS FURTHER ORDERED, as noted at the September 29, 2014 hearing, voir dire, witness and exhibit lists, trial briefs, and proposed jury instructions and verdict forms are due October 7, 2014.

IT IS SO ORDERED this 9th day of October, 2014.

_____
ROBERT C. JONES
District Judge